IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIELA GONZALEZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-643-JJF |
| E I DuPONT NEMOURS & COMPANY, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, this matter has been pending with no activity for four (4) months;

WHEREAS, Local Rule 41.1 provides for the Court on its own motion, and after reasonable notice, to enter an Order dismissing such matters unless good reason for the inaction is given;

NOW THEREFORE, IT IS HEREBY ORDERED that the Plaintiff show cause in writing within **ten (10) days** of the date of this Order why this matter should not be dismissed.

February 28, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE