IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIELA GONZALEZ, | ) | |
| | ) | C.A. NO.: 1:06-cv-643 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| E.I. DUPONT NEMOURS & COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S RESPONSE TO RULE TO SHOW CAUSE AND
MOTION TO EXTEND THE TIME IN
WHICH TO SERVE DEFENDANT

Plaintiff, by and through her counsel, Nolte & Associates, hereby moves this Honorable Court to grant Plaintiff's Motion to Extend the Time in Which to Serve Defendant. In support of that Motion, Plaintiff states as follows:

1. On October 17, 2006, Plaintiff filed her Complaint in the United States District Court of Delaware. Summonses for service of process against the Defendant named were filed with the Complaint.

2. On October, 23, 2006 the Notice of Summons of Lawsuit and Request for Waiver of Service of Summons was mailed to Defendant E.I. Dupont Nemours & Co. To date no waiver of service has been received by our offices.

3. Plaintiff has waited the 30 day period in which Defendant had to respond to the waiver. No response was obtained. Plaintiff then anticipated that service would be completed by Summons.

4. It appears that service has not been perfected as it has been determined that a mistake was made on the Defendant's address on the Summons.

5.	Plaintiff has prepared a corrected summons, however, more than 120 days has elapsed since the filing of the Complaint.  Therefore, Plaintiff is requesting to extend the time in which to serve.

6.	Given the above circumstances, and Plaintiff's belief that she presents a meritorious claims, Plaintiff asserts that good cause exists for the Court to extend the time for Plaintiff to perfect service.

7.	The Corrected Service of Summons will be filed conjuction with this motion.

WHEREFORE, Plaintiff respectfully requests that this Court extend the time in which Plaintiff has to obtain and perfect service on Defendant and allow an extension of 60 days from the signing of this Motion.,

*/s/ R. Stokes Nolte*
**R. STOKES NOLTE, ESQUIRE**
ID No. 2301
Nolte & Associates
1010 N. Bancroft parkway Suite 21
Wilmington, DE  19805
(302) 777-1700
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIELA GONZALEZ, | ) | |
| | ) | C.A. NO.: 1:06-cv-643 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| E.I. DUPONT NEMOURS & COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned attorney will present the attached Plaintiff's Response to Rule to Show Cause and Motion to Extend the Time in Which to Serve Defendant, at a time and date convenient to the Court and Counsel.

      /s/ *R. Stokes Nolte*
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for Plaintiff

Date: March 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIELA GONZALEZ, | ) | |
| | ) | C.A. NO.: 1:06-cv-643 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| E.I. DUPONT NEMOURS & COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**ON THIS** the _____ day of _____, 2007, having considered the above motion

IT IS ORDERED that:

1. The above motion is granted and the deadline for extension to perfect service of the corrected Service of Summons is of 60 days from the signing of this Motion.

SIGNED this _____ day of _____, 2007.

_____
J.