IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARIELA GONZALEZ,                :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 06-643-JJF
                                 :
E.I. DUPONT NEMOURS & CO.,       :
                                 :
        Defendant.               :

### ORDER

At Wilmington, this 4 day of April, 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1) Plaintiff's Motion To Extend The Time In Which To Serve Defendant (D.I. 4) is **DENIED**;

2) Plaintiff's Complaint is **DISMISSED** without prejudice.

_____
UNITED STATES DISTRICT JUDGE